# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153075

ROLA KOLAILAT,
      Plaintiff-Appellant,

v

LINDSEY McKENNETT,
      Defendant-Appellee.

SC: 153075
COA: 328333
Washtenaw CC: 15-000839-DC

_____/

On order of the Court, the application for leave to appeal the December 17, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MCCORMACK, J. (*dissenting*).

I respectfully dissent from this Court's order denying leave to appeal for the reasons identified in my dissenting statement in *Mabry v Mabry*, ___ Mich ___ (August 2, 2016) (Docket No. 153082).

BERNSTEIN, J., joins the statement of MCCORMACK, J.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2016



Clerk

s0726